U.S. DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AUG 14 2026

FILED

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

| | | |
|---|---|---|
| SHANE MICHAEL BACKES, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CV 126-099 |
| | * | |
| GEORGIA DEPARTMENT OF HUMAN SERVICES, Division of Child Support Services; CANDICE L. BROCE; and L. JONES, | * | |
| | * | |
| Defendants. | * | |

**O R D E R**

Before the Court is Plaintiff's objection to the Magistrate Judge's August 5, 2026 Order staying discovery, in which he argues the Magistrate Judge improperly entered the August 5th Order before his time to respond to the defense motion expired under Local Rule 7.5. (Doc. 17; see also doc. 12.) Plaintiff seeks to vacate the August 5th Order and requests that he be allowed to file a response to the motion to stay discovery. (See doc. 17.)

Under Federal Rule of Civil Procedure 72(a), "[a] party may serve and file objections to [a magistrate judge's] order within 14 days after being served with a copy." "The district judge in the case must consider timely objections and modify or set aside any part of the order that is clearly erroneous or is contrary to law." Fed. R. Civ. P. 72(a). The clearly erroneous and contrary to law standards are "exceedingly deferential." Pate v. Winn-Dixie Stores, Inc., No.

CV 213-166, 2014 WL 5460629, at *1 (S.D. Ga. Oct. 27, 2014) (citations omitted). A finding is contrary to law "where it either fails to follow or misapplies the applicable law." Jackson v. Deen, No. CV 412-139, 2013 WL 3991793, at *2 (S.D. Ga. Aug. 2, 2013) (citation omitted).

Local Rule 7.5 provides that a party opposing a motion shall respond within fourteen days of service of the motion.[1] Loc. R. 7.5. Here, the defense filed the motion to stay discovery on August 4, 2026, (doc. 11), and the Magistrate Judge granted the motion the following day on August 5, 2026, (doc. 12). Plaintiff had not filed a response to the motion to stay discovery by this date. Thus, the Magistrate Judge erred by entering an Order on the motion to stay discovery before the entire fourteen-day response period expired in accordance with Local Rule 7.5.

Accordingly, the Court **VACATES** the Magistrate Judge's August 5, 2026 Order. (Doc. 17.) Plaintiff shall have fourteen days from the date of this Order to respond to the motion to stay discovery. (Doc. 11.)

**ORDER ENTERED** at Augusta, Georgia, this 14th day of August, 2026.

THE HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

[1] A party opposing a summary judgment motion shall have twenty-one days to respond. Loc. R. 7.5.